JM    /4DFG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:  DANNY LYNN BESANCON and SHARON FIRESTONE BESANCON   Case No:  4:24-bk-13004 T

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Mark T. McCarty, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought.  It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(4). Creditors would receive a greater distribution under a Chapter 7 proceeding. **Trustee cannot calculate a best interest requirement until his objection to exemptions is resolved.**

WHEREFORE, the Trustee prays that the Debtors are given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

Dated:  10/31/2024

CHAPTER 13 TRUSTEE


/s/  Mark T. McCarty

cc:     Danny Lynn Besancon and
            Sharon Firestone Besancon
        15 Ridgewood Dr
        Sherwood, AR  72120

        Knollmeyer Law Office Pa   (Noticed by ECF)
        2525 John Harden Dr
        Jacksonville, AR  72076-1867